### WEITZ *v.* STUBBS. ELIOPOLO *v.* STUBBS.

ATKINSON, J. These cases are controlled by the rulings in the case of *Wood* v. *Stubbs,* this day decided.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 18, 1915.

Rule for contempt. Before Judge Charlton. Chatham superior court. January 10, 1914.

*R. L. Colding,* for plaintiff in error. *G. H. Richter,* contra.